**FIRST DIVISION**
**PHIPPS, P. J.,**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 21, 2015**

# In the Court of Appeals of Georgia

A13A1671. ESHLEMAN v. KEY et al.

PHIPPS, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court of Georgia in *Eshleman v. Key*, Case No. S14G1173 (decided June 29, 2015), our decision in *Eshleman v. Key et al.*, 326 Ga. App. 883 (755 SE2d 926) (2014), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Ellington, P. J., and Branch, J., concur.*